LINCOLN S. T. ASHIDA 4478
Corporation Counsel

WILLIAM V. BRILHANTE JR.   8010
MICHAEL J. UDOVIC   5238
Deputies Corporation Counsel
101 Aupuni Street, Suite 325
Hilo, Hawaiʻi 96720
Telephone: (808) 961-8251
Facsimile:  (808) 961-8622
E-mail:   wbrilhante@co.hawaii.hi.us

Attorneys for Defendants
CHRISTOPHER J. YUEN in his capacity as Planning
Director, County of Hawaiʻi and COUNTY OF HAWAIʻI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GEOFFREY MOLFINO,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER J. YUEN in his capacity as Planning Director, County of Hawaiʻi; COUNTY OF HAWAIʻI; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENTAL UNITS 1-10; and DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO.:  07-00626 JMS/LEK<br><br><br>STIPULATION TO DISMISS WITH PREJUDICE ALL FEDERAL CLAIMS AND REMAND REMAINING STATE CLAIMS TO THE STATE OF HAWAII CIRCUIT COURT OF THE THIRD CIRCUIT; ORDER<br><br><br>TRIAL DATE: SEPTEMBER 29, 2009<br>JUDGE: HONORABLE J. MICHAEL SEABRIGHT |

<u>STIPULATION TO DISMISS WITH PREJUDICE ALL FEDERAL CLAIMS
AND REMAND REMAINING STATE CLAIMS TO STATE OF HAWAII
CIRCUIT COURT OF THE THIRD CIRCUIT; ORDER</u>

IT IS HEREBY STIPULATED, by and between the parties, through their

respective counsel, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil

Procedures, and, hereby agree as follows:

That Civil No. 07-00626 JMS/LEK against Defendants CHRISTOPHER J.

YUEN in his capacity as Planning Director, County of Hawaiʻi and COUNTY OF

HAWAIʻI ("County Parties") arising out of and in connection to the federal claims

alleged in this complaint be dismissed, with prejudice.  All remaining state claims

are remanded to the State of Hawaiʻi Circuit Court of the Third Circuit under Civil

No. 07-1-0378 for further proceeding.

NO ACKNOWLEDGEMENT OF VALIDITY:  This Stipulation expressly

does not acknowledge or admit the existence or validity of any of the claims,

whether the statute of limitations or any other applicable statutory or common law

time limitations on any of the claims has or has not expired or whether there are

any defenses to any of the claims.

NO CREATION OF CLAIMS:  This Stipulation shall not be used as a basis

for implying the creation or existence of any new claim against any of the County

Parties, which claim was not in existence as of the date of this Stipulation.

ADMISSIBILITY OF STIPULATION:  This Stipulation shall not be admissible in evidence or otherwise used in any legal proceeding except as applicable to any statutes of limitation or any other applicable statutory or common law time limitations affected by this Stipulation.

GOVERNING LAW:  This Stipulation shall be governed by and construed in accordance with the laws of the State of Hawai'i.

AUTHORITY:  The persons signing below represent that they have the authority to bind their respective party.

Dated:  Hilo, Hawai'i, April 20, 2009.

By   /s/ Steven D. Strauss
    STEVEN D. STRAUSS, ESQ.
    CHRISTOPHER P. SCHLUETER, ESQ.
    Attorneys for Plaintiff
    Geoffrey Molfino

Dated:  Hilo, Hawai'i, April 21, 2009

By   /s/ William V. Brilhante Jr.
WILLIAM V. BRILHANTE JR.
MICHAEL J. UDOVIC
Deputy Corporation Counsel
Attorneys for Defendants
Christopher J. Yuen, in his capacity as
Planning Director, County of Hawai'i and
County of Hawai'i

///

///

3

APPROVED AND SO ORDERED.

DATED:  Honolulu, Hawaii, April 21, 2009.



_/s/ J. Michael Seabright_____
J. Michael Seabright
United States District Judge

*Molfino v. Yuen et al.*, Civ. No. 07-00626 JMS/LEK; Stipulation to Dismiss With Prejudice All Federal Claims and Remand Remaining State Claims to the State of Hawaii Circuit Court of the Third Circuit; Order